Same case below, 408 Fed. Appx. 44.

No. 10-9928. Kelvin DeWayne King, Petitioner v. Tennessee.

564 U.S. 1007, 131 S. Ct. 2994, 180 L. Ed. 2d 826, 2011 U.S. LEXIS 4390.

June 13, 2011. Petition for writ of certiorari of the Supreme Court of Tennessee, Eastern Division, denied.

No. 10-9929. Cassie Scott Johnson, Petitioner v. North Carolina.

564 U.S. 1007, 131 S. Ct. 2994, 180 L. Ed. 2d 826, 2011 U.S. LEXIS 4440.

June 13, 2011. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

Same case below, 365 N.C. 70, 705 S.E.2d 736.

No. 10-9933. Shawn Young, Petitioner v. Steve Larkins, Warden.

564 U.S. 1007, 131 S. Ct. 2995, 180 L. Ed. 2d 826, 2011 U.S. LEXIS 4474.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-9940. Carlis A. Gragg, Petitioner v. Kathy Prosper, Warden.

564 U.S. 1007, 131 S. Ct. 2995, 180 L. Ed. 2d 826, 2011 U.S. LEXIS 4385.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 411 Fed. Appx. 43.

No. 10-9943. Robert L. Wahl, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary.

564 U.S. 1007, 131 S. Ct. 2995, 180 L. Ed. 2d 826, 2011 U.S. LEXIS 4456.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 407 Fed. Appx. 236.

No. 10-9945. Gregory Lynn Norwood, Petitioner v. William Sullivan, Warden.

564 U.S. 1007, 131 S. Ct. 2995, 180 L. Ed. 2d 826, 2011 U.S. LEXIS 4409.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 390 Fed. Appx. 762.

No. 10-9953. Robert F. Brown, III, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

564 U.S. 1007, 131 S. Ct. 2996, 180 L. Ed. 2d 826, 2011 U.S. LEXIS 4444.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.